UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CHASITY MORAN, individually, and on behalf of herself and other similarly situated current and former employees, </br></br> Plaintiff, </br></br> v. </br></br> VISION HOSPITALITY GROUP, INC., and MITCHELL PATEL, individually, </br></br> Defendants. | ) ) ) ) ) ) ) ) No.: 1:23-cv-287-TAV-SKL ) ) ) ) ) ) ) |

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [Doc. 21]. This case is hereby **DISMISSED with prejudice**. This Order **SHALL** constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

                                         s/ Thomas A. Varlan
                                         UNITED STATES DISTRICT JUDGE